UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KINGSLEY B. ANDERSON,** | :<br>:<br>: |
| Plaintiff, | :<br>: Civil Action No. 18-11858 (ES) (MAH) |
| v. | :<br>: |
| **DAVID B. ROY, et al.,** | : ORDER<br>: |
| Defendants. | :<br>: |

This matter having come before the Court by way of Defendants' letter, dated August 16, 2018 [D.E. 3], requesting an extension of time for Defendants to respond to the Complaint, and by way of Plaintiff's letter, dated August 17, 2018 [D.E. 4], objecting to the Defendants' request;

and the Court having considered both parties' submissions;

and for good cause shown:

**IT IS on this 21st day of August 2018**

**ORDERED** that Defendants' request for an extension of time to respond to the Complaint is GRANTED; and it is further

**ORDERED** that the deadline to respond to the Complaint is extended to **September 26, 2018.**

/s Michael A. Hammer
**UNITED STATES MAGISTRATE JUDGE**