UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------ x

KINGSLEY B. ANDERSON,

                Plaintiff,

      - against -

DAVID B. ROY, DBR PRACTICE
MANAGEMENT LLC, THE JOINT CORP.
(JYNT) and ROBERT J. MEEK,

                Defendants.

------------------------------------------------------------------ )(

Case No. 2:18-cv-11858-ES-MAH

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a){l}{A}{i}

Pursuant to Rule 4l(a)(l)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kingsley B. Anderson hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants in its entirety.

Dated: September 18, 2018

                                        Kingsley B. Anderson

**SO ORDERED.** The Clerk shall close this case.

**Esther Salas, U.S.D.J.**

Dated: September 24, 2018

1